BENTON, and KOONTZ, JJ.,
dissenting.
Although the Court has determined that eight current members of this Court are evenly divided in their votes on the merits of this case, we believe that because Judge Barrow participated at the oral argument and conference of this case decision before his death the entire Court should rehear this appeal en banc before making a final disposition.
Accordingly, the opinion previously rendered by a panel of this Court on September 20, 1994 is withdrawn, the mandate entered on that date is vacated and the judgment of the trial court is affirmed. The appellant shall pay to the Commonwealth of Virginia thirty dollars damages.
It is ordered that the trial court allow counsel for the appellant a total fee of $800 for services rendered the appellant on this appeal, in addition to counsel’s costs and necessary direct out-of-pocket expenses.
The Commonwealth shall recover of the appellant the amount paid court-appointed counsel to represent him in this proceeding, counsel’s costs and necessary direct out-of-pocket expenses, and the fees and costs to be assessed by the clerk of this Court and the clerk of the trial court.
This order shall be published and certified to the trial court.